IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA
LINCOLN OFFICE

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 14-40494 TLS |
| | ) | Chapter 13 |
| Donald Delmer Flessner and | ) | |
| Deborah Ann Flessner, | ) | |
| | ) | OBJECTION TO TRUSTEE'S |
| Debtors. | ) | OBJECTION TO CLAIM |

COMES NOW Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-9 ("Cristiana Trust"), by and through its attorneys, Davis, Brown, Koehn, Shors & Roberts, P.C., and hereby Objects to the Objection to Claim filed by the Chapter 13 Trustee on May 5, 2015 (DN 22) and in support thereof states as follows:

1. The Chapter 13 Trustee filed a secured mortgage arrears claim assigned Claim No. 4 on the Claims docket on September 9, 2014 in the amount of $13,009.93.

2. On April 28, 2015 Selene Finance, LP filed a Proof of Claim on this identical mortgage loan in the amount of $15,519.43.  The Selene claim was assigned Claim No. 5.

3. The Trustee at the time of the filing of Proof of Claim No. 4 did not have the information needed to correctly calculate the mortgage arrears claim as $15,519.43.

4. It is in the parties' respective interests that the correct amount of the mortgage arrears be paid through the plan.

5. Claim No. 5 should be treated as an amendment to Claim No. 4 so that the full amount of arrears will have been satisfied at the time of discharge and consummation of the plan of reorganization.

#2555552

-2-

WHEREFORE, Cristiana Trust prays that the Trustee's Claim #04 be deemed amended by Claim No. 5 filed by Selene and that the full amount of the mortgage arrears be paid through the confirmed plan of reorganization.

Dated: May 12, 2015.

Respectfully submitted,

  /s/ Mark D. Walz
Mark D. Walz (IS9999605)
Matthew Laughlin (NE Bar #21032)
Davis, Brown, Koehn, Shors & Roberts, P.C.
4201 Westown Parkway, Suite 300
West Des Moines, Iowa 50266
(515) 246-7898
markwalz@davisbrownlaw.com

ATTORNEY FOR CHRISTIANA TRUST

Copy to:

United States Trustee's Office
Room 793, Federal Building
210 Walnut Street
Des Moines, Iowa 50309

Copy to:

United States Trustee's Office
111 South 18th Plz  Suite 1148
Omaha, NE 68102

Kathleen Laughlin
13930 Gold Circle Suite 201
Omaha, NE 68144

Francis X. Skrupa
17111 Arbor St., Suite 100
Omaha, NE 68144

-3-

The cm/ecf service list

| **PROOF OF SERVICE** |
|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by depositing the same in the U.S. Mail, postage per-paid, to their respective mailing addresses disclosed on the pleadings or, in the event the party is represented by counsel, to their counsel; or notice of the filing of this instrument was sent by e-mail, via CM/ECF, to all parties on the service list who have registered to receive service by e mail over CM/ECF, on May 12, 2015. |
| Signature:    s/s Mark D. Walz |